[No. 50263-8-I. Division One. May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL GOODALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04895-0, George T. Mattson, J., entered April 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50424-0-I. Division One. May 5, 2003.]

SOPHIA HO, *Appellant*, v. ASSOCIATE TRAVEL, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-19728-4, Suzanne M. Barnett, J., entered April 9 and July 22, 2002. *Reversed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 50719-2-I. Division One. May 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEKSANDER SLOBODA, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-1-00226-5, Brian D. Gain, J., entered July 5 and 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20377-8-III. Division Three. May 6, 2003.]

*In the Matter of the Marriage of* DEBORAH JENSEN, *Appellant*, and PETER JENSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 00-3-00030-7, E. Thompson Reynolds, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.